### 3245. HENDLEY *v.* SIRMONS.

POWELL, J. Inasmuch as the magistrate's answer (unexcepted to so far as this point is concerned) failed to verify the allegation in the petition for certiorari that a final judgment of the nature alleged had been rendered, the judge of the superior court did not err in dismissing the certiorari, irrespective of the correctness of the grounds upon which he based his ruling. *Landrum* v. *Moss,* 1 *Ga. App.* 216 (6), (57 S. E. 965). However, he seems to have made a proper disposition of the matter, irrespective of this technicality. *Judgment affirmed.*

DECIDED JUNE.7, 1911.

Certiorari; from Berrien superior court— Judge Thomas. February 14, 1911.

*Hendricks & Christian,* for plaintiff in error.

*Alexander & Gary,* contra.